# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-10-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| VICTOR AARON KING, | |
| Defendant. | |

Defendant has moved for an early termination of his supervised release. The Government does not oppose the motion. (Doc. 36 at 1). The Court conducted a hearing on the motion on October 18, 2017.

Defendant pleaded guilty to Conspiracy to Distribute Methamphetamine, and Use of a Firearm in Relation to a Drug Trafficking Crime on March 8, 2007. The Court sentenced the Defendant to 220 months of custody followed by five years of supervised release. (Doc. 22). The Court reduced Defendant's sentence on July 31, 2008, to 188 months in custody followed by a five year term of supervised release. (Doc. 26). The Court further reduced Defendant's sentence to time served on June 25, 2014, when the Defendant was diagnosed with colon cancer. (Doc. 29).

Defendant began his term of supervised release on June 30, 2014. (Doc. 37 at 3). The record reflects that Defendant has complied with all of the conditions of

his supervised release since July 21, 2016. (Doc. 37 at 7). The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 36) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 18th day of October, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge